UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

BILAL HAMID LOVE
a/k/a Michael Smith                                    PETITIONER

v.                    CRIMINAL NO. 3:18-cr-50-DCB-LRA-001
                      CIVIL NO. 3:19-cv-547-DCB

UNITED STATES OF AMERICA                               RESPONDENT


ORDER

This cause is before the Court on the Petitioner Bilal Hamid Love, a/k/a/ Michael Smith ("Love")'s Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [ECF No. 35 in cause no. 3:18-cr-50]. Upon preliminary review of the motion as required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States Courts, the Court finds that a Response from the Government is needed.

Accordingly,

IT IS HEREBY ORDERED that the United States Attorney for the Southern District of Mississippi shall respond to the Petitioner's motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody in criminal action no. 3:18-cr-50(DCB), within thirty (30) days from the

1

date of entry of this Order, unless the Government finds it necessary to move for additional time.

SO ORDERED, this the 19th day of February, 2020.

　/s/ David Bramlette　

UNITED STATES DISTRICT JUDGE