IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA
*Plaintiff-Respondent*

VS.  CRIMINAL NO. 3:18-CR-50-DCB-LRA-001
CIVIL NO. 3:19-CV-578-DCB

BILAL HAMID LOVE a/k/a
MICHAEL SMITH,
*Defendant-Petitioner*

ORDER

The Court having reviewed the Petitioner's amended motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed herein; upon motion [Docket Entry 41] of the United States, and upon a finding that the Petitioner alleges ineffective assistance of counsel,

THEREFORE ORDERS that the United States furnish a copy of the Petitioner's motion and brief to former counsel for the Petitioner in the above-mentioned proceedings, the Honorable Eleanor Faye Peterson, and that said former counsel for the Petitioner respond within thirty days of this Order by written affidavit to the allegations made by the Petitioner in the motion, with a copy of the affidavit provided to the United States, and the Court further and specifically finds that the Petitioner has waived his right to claim an attorney-client privilege in regard to these proceedings, and

IT IS FURTHER ORDERED that the United States submit its Response no later than thirty days after the submission of the above-referenced affidavit.

ORDERED on this, the 20th day of March, 2020.

　　　　　　　　　　　　　　　　　　　　/s/ David Bramlette
　　　　　　　　　　　　　　　　　　　　DAVID C. BRAMLETTE, III
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE